**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT  LOUISVILLE**


**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**VS.**                                                          **NO. 1:07CR-52-R**

**JESUS BRINGAS**                                                 **DEFENDANT**


**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

        This matter has been referred to the undersigned Magistrate Judge by the District Court

for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The appropriate

wavier was executed by the defendant and filed in the record. The United States was represented

by Mac Shannon on behalf of John Kuhn, Assistant United States Attorney. The hearing was

recorded by Alan Wernecke, Official Court Reporter.    The Defendant, Jesus Bringas, by

consent and with Patrick M. Kiernan, retained counsel, appeared in open court on August 3,

2009, and entered a plea of guilty as to Count 1 of the Second Superseding Indictment  and

agreed to forfeiture under Count 2  of the Second Superseding Indictment  pursuant to a Rule

11(c)(1)(B) plea agreement.  After cautioning and examining the Defendant under oath

concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea

was knowledgeable and voluntary as to Count 1 of the Second Superseding Indictment, and that

the offense charged was supported by an independent basis in fact concerning each of the

essential elements of such offense.  Therefore, the undersigned  recommend's  that the plea of

guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in  the Second

Superseding Indictment and have sentence imposed accordingly.

Sentencing is hereby scheduled for **November 3, 2009 at 9:00 a.m.**  before the Honorable Thomas B. Russell, Chief Judge United States District Court, in Bowling Green, Kentucky.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P.  72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall be **remanded** to the custody of the United States Marshal.

**Dave Whalin, Magistrate Judge**
**United States District Court**

August 4, 2009

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

30